upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60105.**—Bertrand Freres, Inc., et al. *v.* United States, protests 277305–K, etc. (New York)..

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 60106.**—Alex. Murphy & Co. *v.* United States, protest 236911–K (Philadelphia).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JULY 12, 1956

**No. 60107.**—National Sanitary Rag Co. *v.* United States, protests 578425–G, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60108.**—National Sanitary Rag Co. *v.* United States, protests 578431–G and 659504–G (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60109.**—National Sanitary Rag Co. *v.* United States, protests 646189–G, etc. (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60110.**—National Sanitary Rag Co. *v.* United States, protests 669240–G, 669241–G, and 669242–G (St. Louis).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60111.**—U. S. Wiping Materials Corp. and J. T. Steeb & Co., Inc. *v.* United States, protests 782118–G, 793187–G, and 805726–G (Seattle).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60112.**—U. S. Wiping Materials Corporation *v.* United States, protest 18700–K (Portland, Oreg.).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60113.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 28433–K (Portland, Oreg.).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60114.**—Siber Hegner Co., Inc. *v.* United States, protest 279693–K (Seattle).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects